counsel for appellants. *Mr. John P. Wilson, Mr. Edgar A. Bancroft, Mr. William D. McHugh* and *Mr. Philip S. Post* for appellants. *The Attorney General, The Solicitor General, Mr. Assistant to the Attorney General Todd* and *Mr. Thurlow M. Gordon* for the United States.

No. 39. JOSEPH HOLT ET AL. *v.* SUPREME LODGE, KNIGHTS OF PYTHIAS. Appeal from the Circuit Court of Appeals for the Seventh Circuit. October 21, 1918. Dismissed with costs, on motion of counsel for appellants. *Mr. Elmer H. Adams, Mr. Henry L. Lazarus* and *Mr. David Sessler* for appellants. *Mr. Sol H. Esarey* for appellee.

No. 103. ANN ARBOR RAILROAD COMPANY *v.* CASSIUS L. GLASGOW ET AL. Appeal from the District Court of the United States for the Eastern District of Michigan. October 21, 1918. Dismissed without costs to either party, per stipulation. *Mr. Alexander L. Smith, Mr. Joseph B. Cotton* and *Mr. Chauncey C. Colton* for appellant. *Mr. Grant Fellows* for appellees.

No. 110. NORFOLK SOUTHERN RAILROAD COMPANY *v.* WILLIAM L. WHITEHURST. Error to the Supreme Court of Appeals of the State of Virginia. October 21, 1918. Dismissed, each party to pay their own costs, per stipulation. *Mr. James G. Martin* for plaintiff in error. *Mr. Sigmund M. Brandt* for defendant in error.

No. 140. ARTHUR A. BONVILLAIN *v.* H. B. HOWELL, TRUSTEE, ETC. Certiorari to the Circuit Court of Appeals